CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 01 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARK TODD SHOWALTER, ) | Civil Action No. 7:13cv00096 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| DIRECTOR *et al.*, ) | |
| ) | By: Samuel G. Wilson |
| Defendants. ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Showalter's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g), all pending motions are **DENIED**, and this case is **STRICKEN** from the active docket of the court. The Clerk is directed to a send copy of this order and the accompanying memorandum opinion to plaintiff.

**ENTER**: April 1, 2013.

/s/

UNITED STATES DISTRICT JUDGE